DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMY NELSON,**
Appellant,

v.

**PENINSULA BOYNTON PROPERTY, LLC,** a Florida corporation,
**PRACTICAL ELEMENTS, INC.,** a Florida corporation, **FEDERICO
DRADA,** individually, and **ADAM KAUFMAN,** individually,
Appellees.

No. 4D18-578

[October 4, 2018]

Appeal of non-final order from the Circuit Court for the Fifteenth
Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T.
Case No. 502017CA003883XXXXMB.

Jeffrey M. Liggio of Liggio Law, West Palm Beach, and Adam Richardson
of Burlington & Rockenbach, P.A., West Palm Beach, for appellant.

Robert A. Stok and Brian H. McGuire of Stok Folk + Kon, Aventura, for
appellees.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and CONNER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***